JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BECKER, | ) Case No. 2:18-cv-07830 R (AGRx) |
| Plaintiff, | ) **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | ) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) Judge: Hon. Manuel L. Real |
| Defendant. | ) |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:18-cv-07830 R (AGRx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: <u>December 26</u>, 2018

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

167745.1